■ JOHN M. REGAN, on Behalf of Himself and all Other Vestees Within the New York State Health Insurance Plan Similarly Situated, Appellant, v NEW YORK STATE DEPARTMENT OF CIVIL SERVICE et al., Respondents, et al., Defendant. (Appeal No. 1.) [725 NYS2d 917] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Corning, J.). We add only that plaintiff failed to demonstrate that further discovery would disclose evidence that would affect the parties' rights and duties under the group health insurance contract (*see, Dano v Royal Globe Ins. Co.*, 89 AD2d 817, 818, *affd* 59 NY2d 827; *see also, Zuckerman v City of New York*, 49 NY2d 557, 562). (Appeal from Order of Supreme Court, Monroe County, Corning, J.—Discovery.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Burns, JJ.